IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MARIA das GRACAS CERQUEIRA KLOBUCHAR,
JAMES H. KLOBUCHAR and
DANIEL CERQUEIRA De CARLI,

                                                                                                                    ORDER

                                       Plaintiffs,

      v.                                                                                             12-cv-414-slc

U.S. CITIZENSHIP and IMMIGRATION SERVICES - DHS,
and KAY F. LEOPOLD,

                                      Defendants.
_____

       This is a civil action in which plaintiffs, who are proceeding pro se, are challenging a decision of Kay Leopold and the U.S. Citizenship and Immigration Services. Plaintiffs have paid the $350 fee for filing this case.

       The next step is for plaintiffs to serve their complaint on the defendants. Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve a defendant. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving a case to resolution. If plaintiffs act promptly, they should be able to serve the complaint on the defendants well before the deadline for doing so established in Rule 4.

       To help plaintiffs understand the procedure for serving a complaint, I am enclosing with this order copies of a document titled "Serving the United States, Its Agencies, Corporations, Officers, or Employees." In addition, I am including copies of the complaint and forms they will need to send to the defendants in accordance with the procedures set out in the enclosed documents.

ORDER

IT IS ORDERED that plaintiffs promptly serve their complaint on the defendants and file proof of service as soon as service has been accomplished.  If, by August 9, 2012, plaintiffs fail to submit proof of service of their complaint on the defendants or explain their inability to do so, I will direct plaintiffs to show cause why their case should not be dismissed for lack of prosecution.

Entered this 25th day of June, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge